In re **Michael Alan Dotson**  Case No. **1:21-bk-02228**
Debtor(s)  Chapter **13**

# NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **Hanover Cardiology**

Address: **Dr. C Goodbrod
100 Penn Street
Hanover, PA 17331**

**Please be advised that effective November 2, 2021
The Creditor's new mailing address is:**

Name: **Hanover Cardiology**

Address: **Dr. C Goodbrod
310 Stock Street, Suite 3
Hanover, PA 17331**

**/s/ Nicholas G. Platt
Nicholas G. Platt 327239**
Authorized Signer/Title