UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL ALAN DOTSON | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | CASE NO. 1-21-bk-02228-HWV |
| MICHAEL ALAN DOTSON | : | |
| Respondent | : | OBJECTION TO EXEMPTIONS |

ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.